# EXHIBIT 1

## Wilson-crawford, Korie

| | |
|---|---|
| **From:** | Slater, Heather |
| **Sent:** | Wednesday, March 8, 2023 10:45 AM |
| **To:** | Burkholder, Adam; Wilson-crawford, Korie |
| **Cc:** | Durfee, Stacy |
| **Subject:** | Re: GM - Documents |
| **Attachments:** | GM - E-mail.pdf |

I checked my ReadySign account. It reminded me that this was an initial evaluation so I actually had an in-person meeting with G█████'s father and he signed the REED at the meeting and I gave him a copy. So the only copy of the REED with the F███ name in it would be the one I gave to dad to take with him at the meeting. I then got an e-mail from mom the next day asking if that section was an error in the report because it referred to a boy named F███  See attached copy of e-mail. I did fix the error after she alerted me to it, but then asked about calling her when I was at the building the next day and they had already contacted you and you were dealing with it so I did not have any further contact with the family after that.

**From:** Slater, Heather <████████████████████████>
**Sent:** Wednesday, March 8, 2023 7:55 AM
**To:** Burkholder, Adam <██████████████████████>; Wilson-crawford, Korie
<███████████████████>
**Cc:** Durfee, Stacy <███████████████████>
**Subject:** GM - Documents

Hi Adam.

Attached are all documents and notes from my personal file for G██████M███. It was as I thought, I had corrected the one section of the report that refered to G██████ as F███ so the only version I have is that version. The original teacher input forms are here though and there are two that refer to him as F███. The only place that original version of the REED may still be accessible is in my ReadySign account. I will check there now and if I have the old version I will also scan that to you. Effectively, we treated it as a typo and fixed it because the direction we've been given is that the legal documents have to have the student's legal name in them. Let me know if there is anything else you need from me.

**From:** hslater <████████████████████>
**Sent:** Wednesday, March 8, 2023 7:53 AM
**To:** Slater, Heather <████████████████████>
**Subject:** Message from "RNP583879843124"

This E-mail was sent from "RNP583879843124" (IM C6000).

Scan Date: 03.08.2023 07:53:25 (-0500)
Queries to: ERM-MO@Rockfordschools.org



**Re: ? IEP Mtg. - G████M███**

**J M** ◄████████████████►

Mon 10/10/2022 11:28 AM

To: Slater, Heather ◄████████████████████►

📎 1 attachments (3 KB)

mime-attachment.ics;

Hi Heather,

I read through the teacher notes that Dan brought home and Susan Trotter's notes were for a boy named F███  Is this an error?

Thank you.
Jennifer

On Oct 10, 2022, at 10:18 AM, Slater, Heather ◄██████████████████► wrote:

Stacey, could you reserve the conference room for this meeting?  Everyone else, please let me know if this will work for you.