# EXHIBIT 2

## Burkholder, Adam

| | |
|---|---|
| **From:** | Slater, Heather |
| **Sent:** | Tuesday, March 7, 2023 9:38 PM |
| **To:** | Burkholder, Adam |
| **Subject:** | Re: Messaging and Information Request |
| **Categories:** | Voicemail |

I'm not sure if a hard copy was filed since it wasn't completed but if it's not in the file then it is in MiPSE and I can print it. I also do have the individual teacher input forms that the teachers submitted. The issue is that they think one teacher referred to him as F███ in their input. Actually several teachers did but because we use the legal name in all legal documents (any Spec. Ed. document) I edited all the responses to change the ones where they called him F███ and changed it to G██████ in the write up. I did that on the one they saw too but we think I didn't hit save and so it reverted back to F███ This wasn't to hide anything from parents, it's just the policy for legal documents. After they alerted us to it, I went in and fixed it so it's not F███ now I don't think. I'll look tomorrow. Are you coming to        MDR tomorrow? If you are, I can just bring it all to you then before your meeting with Korie. If you aren't then I'll make sure we get it to you.

**From:** Burkholder, Adam ◀████████████████████████
**Sent:** Tuesday, March 7, 2023 9:29 PM
**To:** Slater, Heather ◀████████████████████▶
**Subject:** Re: Messaging and Information Request

Hey Heather,

Specifically the one item that I can think of that we want to ensure comes up in the FOIA search is the evaluation document that prompted them to pull their student and submit this request. I haven't looked, but do you believe a copy was placed in confidential file? I will be in the building until about 7:30 and then at Central Office. If you stop by and find anything, just leave it with Stacy and she will scan it over for me. Thanks Heather.

Adam

Sent from my iPhone

> On Mar 7, 2023, at 4:29 PM, Slater, Heather ◀███████████████████████▶ wrote:
>
> Hi Adam.
>
> I do not Schoology message with students and did not ever receive a message from G██████ I know I have e-mails pertaining to this request but it sounds like you are accessing those. I assume that OpTech will search those and will redact if there is any other student name in them prior to providing for the FOIA. I did have a file with personal notes in it for the case but I do not have it with me. I can come over there in the morning and check to see what's in it. Other than that, I don't have anything. As you know, I do almost all communication by e-mail so that's going to be the bulk of it. I cannot recall if I ever met or talked to G██████

1

because he was withdrawn from school midway through the evaluation process. I will go back and look at my notes. If I did talk to him at any point I would have referred to him as F████ and by male pronouns per his request and guidance from MDE and NASP.

---

**From:** Burkholder, Adam <████████████████████
**Sent:** Tuesday, March 7, 2023 2:31 PM
**Cc:** Durfee, Stacy <██████████████
**Subject:** Messaging and Information Request

Good afternoon,

I am reaching out to you in response to a FOIA (Freedom of Information Act) request we have received. This particular request is seeing information pertaining to any use of a male name or pronouns for G████ M███ whom you had in class either this year or last. The turn around for this request is a quick one and I would ask that you share the following with me by tomorrow morning, ideally prior to school. You can either print information/communication you have, or capture screenshots to share with Stacy, who will then print off the information and share it with me. I am meeting with Korie Wilson at 9:30 tomorrow, so if you could share this with Stacy either today after school or tomorrow prior to the day I would appreciate it. It is a fast turnaround, but this is also a high importance matter. So, could you please share with Stacy any of the following documents:

- Messaging with G██████ in Schoology (You will have to go "view all" and scroll to see if you have messages).
- Any personal notes you may have referencing "F███" or the use of male or female pronouns.
- Any projects or artwork you may still be in possession of.

What you do not need are any "generalized records" such as class lists or messages that went to all of your students or parents. You also do not need to search your emails. This is something Op Tech has the ability to do. It was not an expectation that you hold onto these, but if you still have them, please forward them onto Stacy. Thank you for your attention to this matter.

Adam

2