UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAN MEAD and JENNIFER MEAD,

        Plaintiffs,

v.

ROCKFORD PUBLIC SCHOOL DISTRICT and ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION,

        Defendants.

Case No. 1:23-cv-01313

Hon. Paul L. Maloney

Mag. Sally J. Berens

**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' VERIFIED COMPLAINT**

Plaintiffs, Dan Mead and Jennifer Mead, and Defendants, Rockford Public School District and Rockford Public Schools' Board of Education, hereby stipulate that Defendants may have an extension of time until February 8, 2024, within which to answer or otherwise respond to Plaintiffs' Verified Complaint (ECF No. 1).

This extension will not impact any other deadlines in the case and will allow Defendants adequate time to review and respond fully to the Complaint once Defendants have resumed school following the winter break. The stipulation is, therefore, supported by good cause.

The Parties respectfully request that the Court enter their proposed order confirming the extension for Defendants to respond to the Complaint, through and including February 8, 2024.

**SO STIPULATED:**

Dated: January 9, 2024

1

By: /s/ John J. Bursch (w/ permission)
   John J. Bursch (P57679)
   ALLIANCE DEFENDING FREEDOM
   440 First Street NW, Suite 600
   Washington, DC 20001
   (202) 393-8690
   jbursch@ADFlegal.org

   David A. Cortman
   Georgia Bar No.188810
   ALLIANCE DEFENDING FREEDOM
   1000 Hurricane Shoals Rd. N.E., Ste. D1100
   Lawrenceville, GA 30043
   (770) 339-0774
   dcortman@ADFlegal.org

   Katherine L. Anderson
   Arizona Bar No. 33104
   ALLIANCE DEFENDING FREEDOM
   15100 N. 90th Street
   Scottsdale, AZ 85260
   (480) 444-0020
   kanderson@ADFlegal.org

   Vincent M. Wagner
   Virginia Bar No.98663
   ALLIANCE DEFENDING FREEDOM
   44180 Riverside Parkway
   Lansdowne, VA 20176
   (571) 707-4655
   vwagner@ADFlegal.org

*Attorneys for Plaintiffs*

By: /s/ Amy E. Murphy
   Catherine A. Tracey (P63161)
   Amy E. Murphy (P82369)
   MILLER JOHNSON
   45 Ottawa Avenue SW, Suite 1100
   Grand Rapids, MI  49503
   (616) 831-1700
   traceyc@millerjohnson.com
   murphya@millerjohnson.com

*Attorneys for Defendants*

---

Having reviewed the foregoing stipulation, **IT IS SO ORDERED.**

January ___, 2024

                                                            _____
                                                            Hon. Paul L. Maloney
                                                            United States District Judge