# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

DAN MEAD and JENNIFER MEAD,

        Plaintiffs,

v.

ROCKFORD PUBLIC SCHOOL DISTRICT and ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION,

        Defendants.

Case No. 1:23-cv-01313

Hon. Paul L. Maloney

Mag. Ray Kent

---

## DEFENDANTS ROCKFORD PUBLIC SCHOOL DISTRICT AND ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION'S MOTION TO DISMISS

Defendants, Rockford Public School District and Rockford Public Schools' Board of Education move, under Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiffs' Complaint. This motion is supported by the accompanying brief.

        MILLER JOHNSON
        Attorneys for Defendants

Date: February 8, 2024

By: */s/ Catherine A. Tracey*
    Catherine A. Tracey (P63161)
    45 Ottawa Ave SW, Suite 1100
    Grand Rapids, MI 49503
    (616) 831-1742
    traceyc@millerjohnson.com