# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAN MEAD and JENNIFER MEAD,

    Plaintiffs,

v.

ROCKFORD PUBLIC SCHOOL DISTRICT and ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION,

    Defendants.

Case No. 1:23-cv-01313

Hon. Paul L. Maloney

Mag. Ray Kent

## REQUEST FOR ORAL ARGUMENT

Defendants, Rockford Public School District and Rockford Public Schools' Board of Education, respectfully request that the Court hold oral argument on their motion to dismiss filed on February 8, 2024 (Dkt. Nos. 12 and 13).

    MILLER JOHNSON
    Attorneys for Defendants

Date:  March 1, 2024

By: */s/ Amanda L. Rauh-Bieri*
    Amanda L. Rauh-Bieri (P83615)
    45 Ottawa Ave SW, Suite 1100
    Grand Rapids, MI 49503
    (616) 831-1786
    rauhbieria@millerjohnson.com