# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| **DAN MEAD** and **JENNIFER MEAD**, | Case No. 1:23-cv-01313 |
| *Plaintiffs*, | |
| v. | |
| **ROCKFORD PUBLIC SCHOOL DISTRICT**; **ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION**, | Honorable Paul L. Maloney<br><br>Magistrate Judge Ray Kent |
| *Defendants.* | |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs, Dan Mead and Jennifer Mead, and Defendants, Rockford Public School District and Rockford Public Schools' Board of Education, hereby stipulate that Plaintiffs may have an extension of time until April 8, 2024, within which to respond to Defendants' Motion to Dismiss. (ECF No. 12.)

This extension will allow Plaintiffs adequate time to review and respond fully to the Motion to Dismiss, which will ensure the issues are fully developed for this Court's review. This Stipulation is, therefore, supported by good cause.

The parties respectfully request that the Court enter the proposed order, contained below within this Stipulation, confirming the extension for Plaintiffs to respond to Defendants' Motion to Dismiss, no later than April 8, 2024.

**SO STIPULATED:**

Dated: March 1, 2024

By: /s/ Vincent M. Wagner
    John J. Bursch
    Michigan Bar No. P57679
    ALLIANCE DEFENDING FREEDOM
    440 First Street NW, Suite 600
    Washington, DC 20001
    (202) 393-8690
    jbursch@ADFlegal.org

    Vincent M. Wagner
    Virginia Bar No. 98663
    ALLIANCE DEFENDING FREEDOM
    44180 Riverside Parkway
    Lansdowne, Virginia 20176
    (571) 707-4655
    vwagner@ADFlegal.org

    David A. Cortman
    Georgia Bar No. 188810
    ALLIANCE DEFENDING FREEDOM
    1000 Hurricane Shoals Road N.E.,
      Suite D1100
    Lawrenceville, Georgia 30043
    (770) 339-0774
    dcortman@ADFlegal.org

    Katherine L. Anderson
    Arizona Bar No. 33104
    ALLIANCE DEFENDING FREEDOM
    15100 N. 90th Street
    Scottsdale, Arizona 85260
    (480) 444-0020
    kanderson@ADFlegal.org

    *Attorneys for Plaintiffs*

By: /s/ Amy E. Murphy (w/permission)
    Catherine A. Tracey (P63161)
    Amy E. Murphy (P82369)
    MILLER JOHNSON
    45 Ottawa Avenue SW, Suite 1100
    Grand Rapids, MI 49503
    (616) 831-1700
    traceyc@millerjohnson.com
    murphya@millerjohnson.com

    *Attorneys for Defendants*

Having reviewed the foregoing stipulation, **IT IS SO ORDERED.**

March \_\_\_\_, 2024

                                              Hon. Paul L. Maloney
                                              United States District Judge