# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

DAN MEAD and JENNIFER MEAD,

    Plaintiffs,

v.

ROCKFORD PUBLIC SCHOOL
DISTRICT and ROCKFORD PUBLIC
SCHOOLS' BOARD OF EDUCATION,

    Defendants.

Case No. 1:23-cv-01313

Hon. Paul L. Maloney

---

## STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Plaintiffs, Dan Mead and Jennifer Mead, and Defendants, Rockford Public School District and Rockford Public Schools' Board of Education, hereby stipulate that Defendants may have a 7-day extension of time, until April 29, 2024, to file their reply in support of their motion to dismiss. (ECF No. 12).

This extension will allow Defendants to reply fully to Plaintiffs' response in opposition to Defendants' motion to dismiss (ECF No. 21), and ensure that the issues are fully developed for the Court's review. The stipulation is, therefore, supported by good cause.

The parties respectfully request that the Court enter their proposed order confirming the 7-day extension for Defendants to file their reply in support of their motion to dismiss, to April 29, 2024.

**SO STIPULATED:**

Dated: April 10, 2024

1

| | |
|---|---|
| By: /s/*Vincent M. Wagner (with permission)*<br>John J. Bursch (P57679)<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>jbursch@ADFlegal.org<br><br>David A. Cortman<br>Georgia Bar No.188810<br>ALLIANCE DEFENDING FREEDOM<br>1000 Hurricane Shoals Rd. N.E., Ste. D1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>dcortman@ADFlegal.org<br><br>Katherine L. Anderson<br>Arizona Bar No. 33104<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>kanderson@ADFlegal.org<br><br>Vincent M. Wagner<br>Virginia Bar No.98663<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>(571) 707-4655<br>vwagner@ADFlegal.org<br><br>*Attorneys for Plaintiffs* | By: /s/ *Amanda L. Rauh-Bieri*<br>Catherine A. Tracey (P63161)<br>Amy E. Murphy (P82369)<br>Amanda L. Rauh-Bieri (P83615)<br>MILLER JOHNSON<br>45 Ottawa Avenue SW, Suite 1100<br>Grand Rapids, MI  49503<br>(616) 831-1700<br>traceyc@millerjohnson.com<br>murphya@millerjohnson.com<br>rauhbieria@millerjohnson.com<br><br>*Attorneys for Defendants* |

Having reviewed the foregoing stipulation, **IT IS SO ORDERED.**

April ___, 2024

_____
Hon. Paul L. Maloney
United States District Judge