## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **DAN MEAD** and **JENNIFER MEAD**, | Case No. 1:23-cv-01313 |
| *Plaintiffs,* | |
| v. | |
| **ROCKFORD PUBLIC SCHOOL DISTRICT**; **ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION**, | Honorable Paul L. Maloney |
| | Magistrate Judge Ray Kent |
| *Defendants.* | |

## PLAINTIFFS' SUPPLEMENTAL RESPONSE TO
## ROCKFORD'S NOTICE OF SUPPLEMENTAL AUTHORITY

By treating Dan and Jennifer Mead's daughter as a boy without telling them, the Rockford Public School District violated the Meads' free-exercise rights, fundamental parental rights, and due-process rights, as the complaint describes. (ECF No. 1, PageID.35-43.) That's why Rockford was wrong to rely on a recent free-speech decision in its September 5 notice of supplemental authority. (ECF No. 29, PageID.208-210 (citing *Parents Defending Educ. v. Olentangy Local Sch. Dist. Bd. of Educ.*, 109 F.4th 453 (6th Cir. 2024)).) As the Meads explained, the panel decision in *Olentangy* doesn't support Rockford's motion to dismiss. (ECF No. 30, PageID.211-213.) The Meads offer this supplemental response to inform the Court that the Sixth Circuit has now vacated that panel decision and granted rehearing en banc. *Olentangy*, No. 23-3630, 2024 WL 4647888 (6th Cir. Nov. 1, 2024), ECF No. 132-2 (attached as Exhibit A). Because of the differences between this case and *Olentangy*, however, there's no need to wait on the en banc Sixth Circuit's decision. The Meads respectfully request that the Court deny Rockford's motion to dismiss and allow this nearly year-old case to proceed to discovery.

Dated: November 5, 2024

Respectfully submitted,

*/s/ Katherine L. Anderson*

DAVID A. CORTMAN
Georgia Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road N.E.,
   Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
dcortman@ADFlegal.org

JOHN J. BURSCH
Michigan Bar No. P57679
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org

KATHERINE L. ANDERSON
Arizona Bar No. 33104
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org

VINCENT M. WAGNER
Virginia Bar No. 98663
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
vwagner@ADFlegal.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on November 5, 2024, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

*/s/ Katherine L. Anderson*
KATHERINE L. ANDERSON
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiffs*