# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| **DAN MEAD** and **JENNIFER MEAD**, *Plaintiffs*, v. **ROCKFORD PUBLIC SCHOOL DISTRICT**; **ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION**, *Defendants.* | Case No. 1:23-cv-01313  Honorable Paul L. Maloney  Magistrate Judge Ray Kent |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs Dan and Jennifer Mead notify this Court of a recent Ninth Circuit decision that vacated the dismissal of a complaint that alleged facts strikingly similar to the Meads' allegations here. *Regino v. Staley*, — F.4th —, No. 23-16031, 2025 WL 1007045 (9th Cir. Apr. 4, 2025). (*See also* ECF No. 13 PageID.100-01 (Rockford relying on vacated order).) There, a school counselor "arranged for other school personnel to refer to" a fifth-grade girl with a new name "and male pronouns"—without telling the girl's mother. 2025 WL 1007045, at *3. When the mother found out, she "sought assurances that what happened with [her daughter] would not happen again." *Id.* But she then "learned about the Policy." *Id.*

Like Rockford's policy alleged in the Complaint (ECF No. 1 PageID.24-27), the *Regino* policy "requires that the District 'address each situation' concerning transgender or gender-nonconforming students 'on a case-by-case basis, in accordance with [certain] guidelines,'" 2025 WL 1007045, at *2 (alteration in original). And those guidelines generally required district personnel, upon a child's request, to treat the child as the opposite sex without parental notice or consent. *Id.*

In the mother's lawsuit against the district, she argued that "the Policy infringes her constitutional rights because it requires District personnel to socially transition her children without notice to her or her consent." *Id.* at *4.

The Ninth Circuit held that the district court erroneously dismissed the mother's complaint. *Id.* at *6-7. It remanded the case for the district court to apply the history-and-tradition test that governs fundamental-rights claims under the Fourteenth Amendment. *Id.* at *9-10; *see Washington v. Glucksberg*, 521 U.S. 702, 720-21 (1997) ("we have regularly observed that the Due Process Clause specially protects those fundamental rights and liberties which are, objectively, deeply rooted in this Nation's history and tradition" (cleaned up)); *accord Dobbs v. Jackson Women's Health Org.*, 597 U.S. 215, 239 (2022).

The Meads have also explained how their parental-rights claims satisfy the Fourteenth Amendment's history-and-tradition test. (*E.g.*, ECF No. 21 PageID.142-48 (applying *Glucksberg*, *Dobbs*, and other, similar precedent); ECF No. 1 PageID.38 (alleging historical foundation of parental-rights claim).) And *Regino*'s application of that test is consistent with the Sixth Circuit's in *Kanuszewski v. Michigan Department of Health & Human Services*, 927 F.3d 396, 418-21 (6th Cir. 2019). (*See* ECF No. 21 PageID.146-47 (applying *Kanuszewski*).)

As a California federal court recently concluded, claims like the Meads' claims implicate "some of America's oldest foundational rights." *Mirabelli v. Olson*, No. 3:23-CV-0768, 2025 WL 42507, at *10 (S.D. Cal. Jan. 7, 2025). (*See* ECF No. 32 PageID.219-20 (applying *Mirabelli*).) This Court should follow *Mirabelli* and *Regino*'s lead and deny Rockford's motion to dismiss.

Dated: April 11, 2025

Respectfully submitted,

*/s/ Katherine L. Anderson*

DAVID A. CORTMAN  
Georgia Bar No. 188810  
ALLIANCE DEFENDING FREEDOM  
1000 Hurricane Shoals Road N.E.,  
   Suite D1100  
Lawrenceville, Georgia 30043  
(770) 339-0774  
dcortman@ADFlegal.org

JOHN J. BURSCH  
Michigan Bar No. P57679  
ALLIANCE DEFENDING FREEDOM  
440 First Street NW, Suite 600  
Washington, DC 20001  
(202) 393-8690  
jbursch@ADFlegal.org

KATHERINE L. ANDERSON  
Arizona Bar No. 33104  
ALLIANCE DEFENDING FREEDOM  
15100 N. 90th Street  
Scottsdale, Arizona 85260  
(480) 444-0020  
kanderson@ADFlegal.org

VINCENT M. WAGNER  
Virginia Bar No. 98663  
ALLIANCE DEFENDING FREEDOM  
44180 Riverside Parkway  
Lansdowne, Virginia 20176  
(571) 707-4655  
vwagner@ADFlegal.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on April 11, 2025, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

      */s/ Katherine L. Anderson*
KATHERINE L. ANDERSON
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiffs*