**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAN MEAD and JENNIFER MEAD,

Plaintiffs,

v.

ROCKFORD PUBLIC SCHOOL DISTRICT and ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION,

Defendants.

Case No. 1:23-cv-01313

Hon. Paul L. Maloney

Mag. Sally J. Berens

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT**

Defendants, Rockford Public School District and Rockford Public Schools' Board of Education, and Plaintiffs, Dan Mead and Jennifer Mead, stipulate to extend the time by 14 days, until October 16, 2025, for Defendants to file an Answer to Plaintiffs' Complaint.

**SO STIPULATED:**

Dated: October 1, 2025

| /s/ Vincent M. Wagner with permission<br>John J. Bursch<br>Michigan Bar No. P57679<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>jbursch@ADFlegal.org<br><br>Vincent M. Wagner<br>Virginia Bar No. 98663<br>ALLIANCE DEFENDING FREEDOM | /s/ Amanda L. Rauh-Bieri<br>Catherine A. Tracey (P63161)<br>Amy E. Murphy (P82369)<br>Amanda L. Rauh-Bieri (P83615<br>MILLER JOHNSON<br>45 Ottawa Avenue SW Suite 1100<br>Grand Rapids, MI 49503<br>traceyc@millerjohnson.com<br>murphya@millerjohnson.com<br>rauhbieria@millerjohnson.com<br>(616) 831-1700 |
|---|---|

| 44180 Riverside Parkway<br>Lansdowne, Virginia 20176<br>(571) 707-4655<br>vwagner@ADFlegal.org<br><br>Katherine L. Anderson<br>Arizona Bar No. 33104<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>kanderson@ADFlegal.org<br><br>David A. Cortman<br>Georgia Bar No. 188810<br>ALLIANCE DEFENDING FREEDOM<br>1000 Hurricane Shoals Road N.E.,<br>Suite D1100<br>Lawrenceville, Georgia 30043<br>(770) 339-0774<br>dcortman@ADFlegal.org<br><br>*Attorneys for Plaintiffs* | *Attorneys for Defendants* |
|---|---|

**ORDER**

IT IS ORDERED that the deadline for Defendants to file an Answer to Plaintiffs' Complaint is extended to October 16, 2025.

Date: October ___, 2025

_______________________________
Hon. Paul L. Maloney
U.S. District Court Judge