# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| **DAN MEAD** and **JENNIFER MEAD**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **ROCKFORD PUBLIC SCHOOL DISTRICT**; **ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION**, <br><br> *Defendants*. | Case No. 1:23-cv-01313 <br><br> Honorable Paul L. Maloney <br> Magistrate Judge Ray Kent <br><br> **Plaintiffs' Motion to Compel Defendants' Production Under Rule 34** <br><br> **Telephonic Argument Requested** |

## EXPEDITED CONSIDERATION REQUESTED

Pursuant to Fed. R. Civ. P. 37(a), Plaintiffs Dan Mead and Jennifer Mead move for an order compelling Defendants to complete their production as required by Fed. R. Civ. P. 34 by February 20, 2026, or by another reasonable date set by the Court that would allow Plaintiffs to begin taking depositions in March. Expedited consideration is requested because briefing and consideration of this motion in accordance with the ordinary schedule could delay Defendants' complete production until late into March and preclude Plaintiffs from taking depositions in March.

Plaintiffs have attached hereto copies of their first set of interrogatories (Ex. A), their first set of requests for production (Ex. B), emails between Plaintiffs' and Defendants' counsel (Ex. C), additional emails between Plaintiffs' and Defendants' counsel (Ex. D), Defendants' incomplete answers to Plaintiffs' first set of interrogatories and first set of requests for production (Ex. E), Defendants' February 4, 2026 letter to Plaintiffs' counsel (Ex. F), Plaintiffs' February 5, 2026 letter to Defendants' counsel (Ex. G), and Defendants' February 10, 2026 letter to Plaintiffs' counsel (Ex. H). A brief in support of the motion is also filed herewith.

Wherefore, Plaintiffs respectfully request that the Court enter an order compelling Defendants' complete production by February 20, 2026, or by another reasonable time ordered by this Court.

Dated: February 11, 2026                                    Respectfully submitted,

*/s/ Noel W. Sterett*

| | |
|---|---|
| DAVID A. CORTMAN | JOHN J. BURSCH |
| Georgia Bar No. 188810 | Michigan Bar No. P57679 |
| ALLIANCE DEFENDING FREEDOM | ALLIANCE DEFENDING FREEDOM |
| 1000 Hurricane Shoals Road N.E., Suite D1100 | 440 First Street NW, Suite 600 |
| Lawrenceville, Georgia 30043 | Washington, DC 20001 |
| (770) 339-0774 | (202) 393-8690 |
| dcortman@ADFlegal.org | jbursch@ADFlegal.org |
| | |
| KATHERINE L. ANDERSON | VINCENT M. WAGNER |
| Arizona Bar No. 33104 | Virginia Bar No. 98663 |
| ALLIANCE DEFENDING FREEDOM | NOEL W STERETT |
| 15100 N. 90th Street | Illinois Bar No. 6292008 |
| Scottsdale, Arizona 85260 | ALLIANCE DEFENDING FREEDOM |
| (480) 444-0020 | 44180 Riverside Parkway |
| kanderson@ADFlegal.org | Lansdowne, Virginia 20176 |
| | (571) 707-4655 |
| | vwagner@ADFlegal.org |
| | nsterett@ADFlegal.org |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 11, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

                                              */s/ Noel W. Sterett*
                                              NOEL W. STERETT
                                              Illinois Bar No. 6292008
                                              ALLIANCE DEFENDING FREEDOM
                                              44180 Riverside Parkway
                                              Lansdowne, Virginia 20176
                                              (571) 707-4655
                                              nsterett@ADFlegal.org

                                              *Counsel for Plaintiffs*