# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| **DAN MEAD** and **JENNIFER MEAD**, | Case No. 1:23-cv-01313 |
| *Plaintiffs*, | |
| v. | |
| **ROCKFORD PUBLIC SCHOOL DISTRICT**; **ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION**, | Honorable Paul L. Maloney |
| | Magistrate Judge Ray Kent |
| *Defendants.* | |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION

Under Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs serve their First Set of Requests for Production on Defendants. Plaintiffs request that Defendants respond within 30 days of the service hereof. Defendants may either electronically transfer the documents to Plaintiffs' counsel or deliver them to Alliance Defending Freedom, 15100 N. 90th Street, Scottsdale, Arizona 85260.

Respectfully submitted this 17 day of December, 2025.

|  |  |
|---|---|
|  | */s/Katherine L. Anderson* |
| DAVID A. CORTMAN | JOHN J. BURSCH |
| Georgia Bar No. 188810 | Michigan Bar No. P57679 |
| ALLIANCE DEFENDING FREEDOM | ALLIANCE DEFENDING FREEDOM |
| 1000 Hurricane Shoals Road N.E., Suite D1100 | 440 First Street NW, Suite 600 |
| Lawrenceville, Georgia 30043 | Washington, DC 20001 |
| (770) 339-0774 | (202) 393-8690 |
| dcortman@ADFlegal.org | jbursch@ADFlegal.org |
| KATHERINE L. ANDERSON | VINCENT M. WAGNER |
| Arizona Bar No. 33104 | Virginia Bar No. 98663 |
| ALLIANCE DEFENDING FREEDOM | NOEL W. STERETT |
| 15100 N. 90th Street | Illinois Bar No. 6292008 |
| Scottsdale, Arizona 85260 | LAURENCE J. WILKINSON |
| (480) 444-0020 | New York Bar No. 6148704 |
| kanderson@ADFlegal.org | ALLIANCE DEFENDING FREEDOM |
|  | 44180 Riverside Parkway |
|  | Lansdowne, Virginia 20176 |
|  | (571) 707-4655 |
|  | vwagner@ADFlegal.org |
|  | nsterett@ADFlegal.org |
|  | lwilkinson@ADFlegal.org |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2025, the foregoing document was served via email and first class mail on the following:

Catherine A. Tracey
Amy E. Murphy
Amanda L. Rauh-Bieri
MILLER JOHNSON
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503
traceyc@millerjohnson.com
murphya@millerjohnson.com
rauhbieria@millerjohnson.com

*Counsel for the Defendants*

*/s/Katherine L. Anderson*
KATHERINE L. ANDERSON
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiffs*

## DEFINITIONS

1. The terms "RPSD" or "the District" mean the Rockford Public School District.

2. The term "Board" refers to the Rockford Public Schools' Board of Education.

3. The term "document" is synonymous in meaning and equal in scope to the broadest meaning provided by Rule 34 of the Federal Rules of Civil Procedure, and it includes all forms of tangible papers, electronic records, and communications.

4. The term "communication" means transmitted information and includes information transmitted via email, on social media or in text messages.

5. The term "social media" means websites that allow users to create a personal profile and communicate information, including websites such as Facebook, Twitter, Instagram, LinkedIn, and Snapchat.

6. "Preferred name" has the meaning given to it by Defendants in their Answer (ECF No. 40).

7. "Preferred pronouns" has the meaning given to it by Defendants in their Answer (ECF No. 40).

## INSTRUCTIONS

1. These discovery requests are continuing, and you shall promptly supplement them after receiving additional responsive information.

2. These requests are not seeking documents or communications protected by the attorney-client privilege or work-product doctrine.

3. If you withhold any document requested based on a claim of privilege or work-product protection, you shall identify that document by stating (a) each addressor and addressee; (b) any addressee copied or blind copied; (c) the document's date, subject matter, number of pages, and attachments or appendices, (d) all persons to whom the document was distributed, shown, or explained, (e) its present custodian, and (f) the nature of the privilege you are claiming.

4. If you find the meaning of any term in these document requests unclear, you should assume a reasonable meaning, state what that assumed meaning is, and respond to the document request based on that assumed meaning.

5. Search for responsive documents in every location where they are likely to be found, including all email accounts, social media accounts, mobile phones (including text messages), or other mediums of communication where any official, employee, agent, or representative of the District or the Board conducts official business.

6. Do not produce any legal pleadings that have been filed in this case.

7. When a copy of any document responsive to a request is not identical to the original or any other copy thereof because of any notes, comments, markings, alterations, or material contained thereon, deleted therefrom, or attached thereto, or otherwise, all such non-identical copies should also be produced.

8. If there are no documents responsive to a Request, please indicate that there are "No documents responsive to this Request."

5

9. For students other than Plaintiffs' daughter known in this litigation as G.M., please redact those students' names and personally identifiable information before producing the requested documents and communications.

10. Unless otherwise indicated, these requests are intended to refer to the time period from August 1, 2020, to the present.

## REQUESTS FOR PRODUCTION

### Request for Production No. 1

Please produce all documents Defendants identified in response to Plaintiffs' interrogatories.

**Response:**

### Request for Production No. 2

Please produce documents sufficient to show how the District expects its employees to handle student requests to be referred to by a preferred name or pronouns, including policies, guidelines, protocols, and training materials.

**Response:**

### Request for Production No. 3

Please produce documents sufficient to show how the District expects its employees to inform parents or guardians about a student's gender, gender transition, gender identity, gender expression, preferred name, or preferred pronouns, including policies, guidelines, protocols, and training materials.

**Response:**

**Request for Production No. 4**

Please produce documents sufficient to show how the District expects its employees to notify a student's parents or guardians of a perceived change in a student's mental health, physical health, relationships with peers or school employees, or academic performance, including policies, guidelines, protocols, and training materials.

**Response:**


**Request for Production No. 5**

Please produce communications from Adam Burkholder or Kyle Avink that concern the sharing of information with parents or guardians about a student's gender, gender transition, gender identity, gender expression, preferred name, or preferred pronoun.

**Response:**


**Request for Production No. 6**

Please produce G.M.'s student file.

**Response:**


**Request for Production No. 7**

Please produce G.M.'s "confidential file" as identified in Defendants' Answer (Doc. 40 ¶ 166.)

**Response:**

8

**Request for Production No. 8**

Please produce counseling records, including counseling notes and calendar entries, concerning G.M.

**Response:**

**Request for Production No. 9**

Please produce documents that identify Plaintiffs' daughter, G.M., by what Defendants' Answer refers to as her "preferred name" or "preferred pronouns."

**Response:**

**Request for Production No. 10**

Please produce documents, including records and communications to or from District employees, that identify or refer to Dan or Jennifer Mead.

**Response:**

**Request for Production No. 11**

Please produce communications between District employees concerning how employees should address Plaintiffs' daughter G.M.

**Response:**

**Request for Production No. 12**

Please produce documents, including communications, between District employees that refer to their knowledge or belief concerning Plaintiffs' knowledge about the use of a preferred name or preferred pronouns for their daughter G.M.

**Response:**

9

**Request for Production No. 13**

Please produce documents to or from any District employee that contain the terms "social transition," "gender transition," "preferred name," "preferred pronouns," or any combination of these terms.

**Response:**