# EXHIBIT C

| | |
|---|---|
| **From:** | Rauh-Bieri, Amanda L. |
| **To:** | Vincent Wagner; Laurence Wilkinson; Noel Sterett; Kate Anderson |
| **Cc:** | Murphy, Amy E.; Tracey, Catherine A. |
| **Subject:** | RE: Mead v. RPSD, No. 1:23-cv-01313 |
| **Date:** | Tuesday, January 13, 2026 7:49:07 AM |
| **Attachments:** | image001.png |



Thanks, Vincent—we appreciate it.

**Amanda L. Rauh-Bieri**
Attorney at Law
**Miller Johnson**
45 Ottawa Ave. SW, Suite 1100, Grand Rapids MI 49503
O: 616.831.1786 | rauhbieria@millerjohnson.com

**Irwin IP has joined Miller Johnson.**   Learn more here

---

**From:** Vincent Wagner <vwagner@adflegal.org>
**Sent:** Monday, January 12, 2026 7:01 PM
**To:** Rauh-Bieri, Amanda L. <rauhbieria@millerjohnson.com>; Laurence Wilkinson <lwilkinson@adflegal.org>; Noel Sterett <nsterett@adflegal.org>; Kate Anderson <kanderson@adflegal.org>
**Cc:** Murphy, Amy E. <murphya@millerjohnson.com>; Tracey, Catherine A. <TraceyC@millerjohnson.com>
**Subject:** RE: Mead v. RPSD, No. 1:23-cv-01313

**CAUTION:** ** Ensure you trust and expect email from vwagner@adflegal.org before clicking links/attachments. ** **CAUTION**

Amanda—Yes, you have our consent to a two-week extension on the first set of discovery requests. Thanks.

Vincent

---

Vincent Wagner
Sr. Counsel
+1 571 707 4655 (Office)



+1 571 707 4769 (Direct Dial)
vwagner@adflegal.org
ADFlegal.org

---

**From:** Rauh-Bieri, Amanda L. <rauhbieria@millerjohnson.com>
**Sent:** Monday, January 12, 2026 11:35 AM
**To:** Laurence Wilkinson <lwilkinson@adflegal.org>; Noel Sterett <nsterett@adflegal.org>; Kate Anderson <kanderson@adflegal.org>; Vincent Wagner <vwagner@adflegal.org>
**Cc:** Murphy, Amy E. <murphya@millerjohnson.com>; Tracey, Catherine A. <TraceyC@millerjohnson.com>
**Subject:** Mead v. RPSD, No. 1:23-cv-01313

Hi all,

I hope everyone's new year is off to a good start.

Would the plaintiffs agree to a two-week extension for our responses to plaintiffs' first set of discovery requests (until 1/30)? With the holiday break, we could use a little more time.

Thanks,
Amanda