# EXHIBIT D

| | |
|---|---|
| **From:** | Vincent Wagner |
| **To:** | Rauh-Bieri, Amanda L.; Antonides, Wil; Kate Anderson; Noel Sterett; Laurence Wilkinson |
| **Cc:** | Murphy, Amy E. |
| **Subject:** | RE: Meads v Rockford Public School District et al, Case No. 1:23-cv-01313 |
| **Date:** | Tuesday, February 3, 2026 9:19:03 AM |
| **Attachments:** | image001.png<br>logo_abdfb0ec-e06e-407a-a721-cd0e4f742400.png |

Amanda—Circling back on my email from last week. When can we expect Rockford's complete production? Thanks.

Vincent

**From:** Vincent Wagner <vwagner@adflegal.org>
**Sent:** Friday, January 30, 2026 4:25 PM
**To:** Rauh-Bieri, Amanda L. <rauhbieria@millerjohnson.com>; Antonides, Wil <antonidesw@millerjohnson.com>; Kate Anderson <kanderson@adflegal.org>; Noel Sterett <nsterett@adflegal.org>; Laurence Wilkinson <lwilkinson@adflegal.org>
**Cc:** Murphy, Amy E. <murphya@millerjohnson.com>
**Subject:** RE: Meads v Rockford Public School District et al, Case No. 1:23-cv-01313

Amanda—When we discussed a two-week extension on Rockford's responses to these requests, it was not part of the discussion that Rockford wouldn't even begin producing documents until a week after the extended deadline. We never agreed to that. Because that wasn't part of the agreement, a production that begins next week and ends sometime later is untimely. Given the relatively quick discovery schedule in this case, we need to keep things moving. What day will you be providing us access to Rockford's complete production? Thanks again.

Vincent

**From:** Rauh-Bieri, Amanda L. <rauhbieria@millerjohnson.com>
**Sent:** Friday, January 30, 2026 3:30 PM
**To:** Vincent Wagner <vwagner@adflegal.org>; Antonides, Wil <antonidesw@millerjohnson.com>; Kate Anderson <kanderson@adflegal.org>; Noel Sterett <nsterett@adflegal.org>; Laurence Wilkinson <lwilkinson@adflegal.org>
**Cc:** Murphy, Amy E. <murphya@millerjohnson.com>
**Subject:** Re: Meads v Rockford Public School District et al, Case No. 1:23-cv-01313

Vincent,

The production is forthcoming. Rockford anticipates making its first production next

week.

Thanks,
Amanda

Get Outlook for iOS

**Amanda L. Rauh-Bieri**
Attorney at Law
**Miller Johnson**
45 Ottawa Ave. SW, Suite 1100, Grand Rapids MI 49503
O: 616.831.1786 | rauhbieri@millerjohnson.com

**Irwin IP has joined Miller Johnson.**    Learn more here

---

**From:** Vincent Wagner <vwagner@adflegal.org>
**Sent:** Friday, January 30, 2026 4:25:16 PM
**To:** Antonides, Wil <antonidesw@millerjohnson.com>; Kate Anderson <kanderson@adflegal.org>; Noel Sterett <nsterett@adflegal.org>; Laurence Wilkinson <lwilkinson@adflegal.org>
**Cc:** Rauh-Bieri, Amanda L. <rauhbieria@millerjohnson.com>; Murphy, Amy E. <murphya@millerjohnson.com>
**Subject:** RE: Meads v Rockford Public School District et al, Case No. 1:23-cv-01313

**CAUTION:** ** Ensure you trust and expect email from vwagner@adflegal.org before clicking links/attachments. ** **CAUTION**

Amanda—I don't believe there's a link in the discovery responses anywhere to access Defendant's document production. Could you please provide that or direct me to it if I've missed it? Thanks.

Vincent

---

Vincent Wagner
Sr. Counsel
+1 571 707 4655 (Office)
+1 571 707 4769 (Direct Dial)
vwagner@adflegal.org



[ADFlegal.org](ADFlegal.org)

---

**From:** Antonides, Wil <antonidesw@millerjohnson.com>
**Sent:** Friday, January 30, 2026 3:06 PM
**To:** Kate Anderson <kanderson@adflegal.org>; Noel Sterett <nsterett@adflegal.org>; Vincent Wagner <vwagner@adflegal.org>; Laurence Wilkinson <lwilkinson@adflegal.org>
**Cc:** Rauh-Bieri, Amanda L. <rauhbieria@millerjohnson.com>; Murphy, Amy E. <murphya@millerjohnson.com>
**Subject:** Meads v Rockford Public School District et al, Case No. 1:23-cv-01313

> You don't often get email from antonidesw@millerjohnson.com. Learn why this is important

Good afternoon,

Please find Defendants' Answers to Plaintiffs' First Set of Interrogatories and Requests for Production and Proof of Service with regard to the above-referenced matter attached hereto.  Hard copies of same to follow.

If you have any questions. Please do not hesitate to contact our office.

Sincerely,

**Wil Antonides** He/Him
Legal Administrative Assistant
**Miller Johnson**
45 Ottawa Ave. SW, Suite 1100, Grand Rapids MI 49503
O: 616.831.1826 | antonidesw@millerjohnson.com

**Irwin IP has joined Miller Johnson.** | **Learn more here**