# EXHIBIT F

**MILLER JOHNSON** Attorneys

45 Ottawa Avenue SW
Suite 1100
P.O. Box 306
Grand Rapids, MI 49501-0306

**AMANDA RAUH-BIERI**
Attorney at Law
rauhbieria@millerjohnson.com

MERITAS LAW FIRMS WORLDWIDE

February 2, 2026

**VIA SECURE FILE TRANSFER**

Katherine Anderson
Alliance Defending Freedom
15100 N 90th St.
Scottsdale, AZ 85260
kanderson@adflegal.org

Noel Sterett
Vincent Wagner
Laurence Wilkinson
Alliance Defending Freedom
44180 Roverside Prkwy
Lansdowne, VA 20176
nsterett@adflegal.org
vwagner@adflegal.org
lwilkinson@adflegal.org

Re:   *D. Mead and J. Mead v. Rockford Public School District, et al*
      Case No. 1:23-cv-01313

Dear Counsel:

Enclosed please find Defendants' first document production bates labeled **RPS_0000001 – RPS_000371.** The documents in this production are responsive to Requests for Production of Documents #1, #2, #3, #8, #9, #10, #11, and #12 Plaintiffs' First Set of Discovery Requests for Production of Documents.

Defendants are in the process of a document collection and review and will be producing documents on a rolling basis. Please feel free to contact me with any questions. Thank you.

Sincerely,

Enclosures

February 2, 2026
Page 2

        Sincerely,

        MILLER JOHNSON

By
        Amanda Rauh-Bieri
        Attorney at Law

Enclosures