# EXHIBIT G



February 5, 2026

**VIA EMAIL**
Amy E. Murphy
Amanda L. Rauh-Bieri
MILLER JOHNSON
45 Ottawa Ave. SW, Suite 1100
Grand Rapids, MI 49503
murphya@millerjohnson.com
rauhbieria@millerjohnson.com

Re:   Defendants' First Document Production in *Mead, et al. v. Rockford Public School District, et al.*, Case No. 1:23-cv-01313

Dear Counsel,

This letter confirms Plaintiffs' receipt of Defendants' first document production via email on February 4, 2026.[1] I am writing to schedule a call with you at your convenience on Monday (February 9) to confer under W.D. Mich. L. Civ. R. 7.1(d)(ii)(A) about Defendants' failure to complete their production within the time agreed and Plaintiffs' objections to Defendants' plan to search for and produce documents on an indefinite and rolling basis.

As we reiterated in our January 30 email to you, Plaintiffs agreed to a two-week extension for Defendants to complete their production. Despite this extension, Defendants produced no documents by January 30, 2026. Instead—and only after we asked why there was no production on January 30—Defendants said they "anticipate[d]" making their first production the following week. What's more, the January 30 discovery responses indicate that Defendants still have not conducted a reasonable search for most of Plaintiffs' production requests.

Now, a week later, your letter only promises that Defendants will complete their document production on a rolling basis—with no end date. And you have not responded to either of our emails requesting to know when Defendants intend to complete their production.

---

[1] Despite producing these documents on February 4, 2026, Defendants' letter accompanying the production is inaccurately dated February 2, 2026.

And on February 4, Defendants produced only 371 pages—most of which were documents that the Defendants had already produced years ago in response to Plaintiffs' FOIA requests. Defendants did not even produce readily available documents like G.M.'s student file (RFP No. 6) or her confidential file (RFP No. 7). Nor did Defendants confirm whether they fully responded to any of the requests for production. Defendants also improperly produced these documents in one PDF file.

With the May 29 discovery deadline fast approaching, it is imperative Defendants comply with their obligation to complete their production in a timely manner. Plaintiffs' cannot fully assess or address the deficiencies in Defendants' responses and production until they are complete. And Plaintiffs reserve the right to do so.

Because Plaintiffs plan to take ten depositions in this case, starting in March, Plaintiffs will move to compel Defendants' complete production if Defendants' will not agree to complete it in a timely manner.

If you would, please confirm receipt of this letter and let us know your availability for a call on February 9, 2026.

Sincerely,

Noel W. Sterett
Vincent M. Wagner
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
nsterett@ADFlegal.org
vwagner@adflegal.org

Katherine L. Anderson
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
kanderson@ADFlegal.org

*Counsel for Plaintiffs*