# EXHIBIT H

**MILLER JOHNSON** Attorneys

45 Ottawa Avenue SW
Suite 1100
P.O. Box 306
Grand Rapids, MI 49501-0306

MERITAS LAW FIRMS WORLDWIDE

**AMANDA RAUH-BIERI**
Attorney at Law
rauhbieria@millerjohnson.com

February 10, 2026

**VIA SECURE FILE TRANSFER**

Katherine Anderson
Alliance Defending Freedom
15100 N 90th St.
Scottsdale, AZ 85260
*kanderson@adflegal.org*

Noel Sterett
Vincent Wagner
Laurence Wilkinson
Alliance Defending Freedom
44180 Roverside Prkwy
Lansdowne, VA 20176
*nsterett@adflegal.org*
*vwagner@adflegal.org*
*lwilkinson@adflegal.org*

    Re: *D. Mead and J. Mead v. Rockford Public School District, et al*
       Case No. 1:23-cv-01313

Dear Counsel:

  Enclosed please find Defendants' second document production bates labeled **RPS_0000372 – RPS_000427.** The documents in this production are responsive to Requests for Production of Documents #6 and #7. This completes Defendants' production in response to Requests for Production of Documents #6 and #7.

  Defendants are in the process of a document collection and review and will be producing documents on a rolling basis. Please feel free to contact me with any questions. Thank you.

February 10, 2026
Page 2

                                Sincerely,

                                MILLER JOHNSON

                          By _/s/ Amanda Rauh-Bieri_
                                Amanda Rauh-Bieri
                                Attorney at Law

Enclosures