# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
|  |  |  |

**PARTIES**              **Attendees**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:        Case settled in full - Final paperwork will be filed by:
              Mediation continuing - Date of Next Session
              Not settled - Mediation Completed

Dated: _____        /s/ _____

                                         Mediator

Rev'd 8/2005