UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN MEAD and JENNIFER MEAD,                )
                        Plaintiffs,         )
                                            )       No. 1:23-cv-1313
-v-                                         )
                                            )       Honorable Paul L. Maloney
ROCKFORD PUBLIC SCHOOLS, *et al.*,          )
                        Defendants.         )
                                            )

## ORDER TO RESPOND

Plaintiffs Dan and Jennifer Mead filed a motion for reconsideration (ECF No. 63). Plaintiffs point to *Mirabelli v. Bonta*, 146 S. Ct. 797 (2026) as the reason for this court to reconsider the order dismissing Plaintiff's Free Exercise claim.

The Local Rules provided that opposing parties may not file responses to motions for reconsideration unless requested by the court. W.D. Mich. LCivR 7.4(b).

The court **ORDERS** Defendants to file a response to Plaintiffs' motion for reconsideration (ECF No. 63). Defendants must file the response within fourteen days of the date of this order. **IT IS SO ORDERED.**

Date:    April 1, 2026                          /s/  Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge