UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN MEAD and JENNIFER MEAD,

          Plaintiffs,

v.

ROCKFORD PUBLIC SCHOOL DISTRICT
and ROCKFORD PUBLIC SCHOOLS'
BOARD OF EDUCATION,

          Defendants.

Case No. 1:23-cv-01313

Hon. Paul L. Maloney
Mag. Ray Kent

## Defendants' Motion to Compel Discovery

Defendants, Rockford Public School District and Rockford Public Schools' Board

of Education (collectively, "Rockford"), respectfully request that this Court enter an order

compelling Plaintiffs Dan Mead and Jennifer Mead to provide complete responses to

Rockford's First Set of Discovery Requests. This motion is supported by the

accompanying brief in support. Rockford seeks an order from this Court compelling

Plaintiffs to provide complete responses to Rockford's First Set of Discovery Requests

and providing all other necessary and proper relief associated with the motion.

MILLER JOHNSON
Attorneys for Defendants

Date:  April 22, 2026

By: /s/ *Amanda L. Rauh-Bieri*
    Catherine A. Tracey (P63161)
    Amy E. Murphy (P82369)
    Amanda L. Rauh-Bieri (P83615)
    45 Ottawa Ave SW, Suite 1100

Grand Rapids, MI 49503
(616) 831-1742
traceyc@millerjohnson.com
murphya@millerjohnson.com
rauhbieria@millerjohnson.com