## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DAN MEAD** and **JENNIFER MEAD**,

      *Plaintiffs,*

    v.

**ROCKFORD PUBLIC SCHOOL
DISTRICT**; **ROCKFORD PUBLIC
SCHOOLS' BOARD OF
EDUCATION**,

      *Defendants.*

Case No. 1:23-cv-01313

Honorable Paul L. Maloney
Magistrate Judge Ray Kent

**Plaintiffs' Motion to Quash
Deposition Subpoena**

**Telephonic Argument Requested**

### EXPEDITED CONSIDERATION REQUESTED

Pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iv), Dan Mead and Jennifer Mead move for an order quashing Rockford Public School District's subpoena for G.M.'s deposition. Expedited consideration is requested because the District's subpoena sets G.M.'s deposition for May 27. Briefing and consideration of this motion in accordance with the ordinary schedule would run past this date.

The Meads have attached hereto copies of Defendants' Answer to Plaintiffs' Requests for Admission (Ex. 1), G.M.'s REED Report, produced as MEAD000386–95 (Ex. 2), Declaration of Dan Mead (Ex. 3), and the District's subpoena of G.M.'s deposition (Ex. 4). A brief in support of the motion is also filed herewith.

Wherefore, the Meads respectfully request that the Court enter an order quashing Defendants' deposition subpoena before May 27, 2026.

Dated: May 20, 2026

Respectfully submitted,

*/s/ Dalton A. Nichols*

DAVID A. CORTMAN
Georgia Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road N.E.,
   Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
dcortman@ADFlegal.org

JOHN J. BURSCH
Michigan Bar No. P57679
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org

KATHERINE L. ANDERSON
Arizona Bar No. 33104
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org

VINCENT M. WAGNER
Virginia Bar No. 98663
NOEL W. STERETT
Illinois Bar No. 6292008
DALTON A. NICHOLS
Indiana Bar No. 37499-71
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
vwagner@ADFlegal.org
nsterett@ADFlegal.org
dnichols@ADFlegal.org

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

*/s/ Dalton A. Nichols*
DALTON A. NICHOLS
Indiana Bar No. 37499-71
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
dnichols@ADFlegal.org

*Counsel for Plaintiffs*

3