## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DAN MEAD** and **JENNIFER MEAD**,

*Plaintiffs,*

v.

**ROCKFORD PUBLIC SCHOOL DISTRICT**; **ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION**,

*Defendants.*

Case No. 1:23-cv-01313

Honorable Paul L. Maloney
Magistrate Judge Ray Kent

**Plaintiffs' Certificate of Compliance with Local Civil Rule 7.1(d)**

On May 7, 2026, Plaintiffs' attorneys Kate Anderson and Dalton Nichols conferred with Defendants' attorneys Amanda Rauh-Bieri and Lydia Dunn for approximately twelve minutes. During the conference, Plaintiffs' counsel stated their intent to oppose a subpoena for G.M.'s deposition. Plaintiffs' counsel requested the legal basis for the deposition, and Defendants provided two topics: (1) G.M.'s conversations with Rockford employees about what she told her parents concerning her social transition at school, and (2) G.M.'s conversations with her parents about her social transition at school. (ECF No. 84-2, PageID.649). On May 13, Defendants notified Plaintiffs of their intent to serve the subpoena, and Plaintiffs opposed (ECF No. 84-2, PageID.647–648). Defendants then served the subpoena. Plaintiffs filed the instant motion to obtain judicial resolution of that issue.

Dated: May 20, 2026

Respectfully submitted,

*/s/ Dalton A. Nichols*

DAVID A. CORTMAN
Georgia Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road N.E.,
   Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
dcortman@ADFlegal.org

JOHN J. BURSCH
Michigan Bar No. P57679
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org

KATHERINE L. ANDERSON
Arizona Bar No. 33104
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org

VINCENT M. WAGNER
Virginia Bar No. 98663
NOEL W STERETT
Illinois Bar No. 6292008
DALTON A. NICHOLS
Indiana Bar No. 37499-71
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
vwagner@ADFlegal.org
nsterett@ADFlegal.org
dnichols@ADFlegal.org

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

*/s/ Dalton A. Nichols*
DALTON A. NICHOLS
Indiana Bar No. 37499-71
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
dnichols@ADFlegal.org

*Counsel for Plaintiffs*

3