UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN MEAD and JENNIFER MEAD,

        Plaintiff,

v.

ROCKFORD PUBLIC SCHOOL
DISTRICT and ROCKFORD PUBLIC
SCHOOLS' BOARD OF
EDUCATION,

        Defendants.

_____/

Case No. 1:23-cv-1313

Hon. Paul L. Maloney

## ORDER

Plaintiffs' Motion to Seal (ECF No. 88) has been referred to the undersigned for decision.  The motion is unopposed.

Upon due consideration, the Court **GRANTS the motion in part**.  To allow for review of the documents without disclosing medical history or personal identifying information of the minor child, the Brief in Support of Plaintiffs' Motion to Quash Depositions Subpoena (ECF No. 89), proposed documents identified as G.M.'s REED Report (ECF No. 89-1), Declaration of Dan Mead (ECF No. 89-2) and G.M.'s Pine Rest report, previously filed at ECF No. 79-3, shall be filed under restricted access.  The Clerk of the Court is directed to accept for filing under restricted access the proposed documents, with limited access to only the Court and counsel of record for the plaintiffs and defendants.

**IT IS SO ORDERED.**

Dated: June 16, 2026

/s/ Ray Kent
RAY KENT
United States Magistrate Judge