UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____

DAN MEAD and JENNIFER MEAD,

      Plaintiffs,

v.

ROCKFORD PUBLIC SCHOOL
DISTRICT and ROCKFORD PUBLIC
SCHOOLS' BOARD OF
EDUCATION,

      Defendants.

Case No. 1:23-cv-01313

Hon. Paul L. Maloney
Mag. Ray Kent

## Defendants' Motion to Adjourn the July 29, 2026 Dispositive Motion Deadline or, Alternatively, to Schedule a Status Conference

Defendants, Rockford Public School District and Rockford Public Schools' Board of Education (collectively, "Rockford"), move this court, pursuant to Fed. R. Civ. P. 16(b)(4), for an order adjourning the July 29, 2026 deadline for dispositive motions (*see* ECF No. 45) pending the resolution of outstanding discovery motions. In the alternative, Rockford asks the Court to schedule a status conference to address the pending issues. This motion is supported by the accompanying brief.

MILLER JOHNSON
Attorneys for Defendants

Date: July 10, 2026

By: */s/ Amanda L. Rauh-Bieri*
Catherine A. Tracey (P63161)
Amy E. Murphy (P82369)
Amanda L. Rauh-Bieri (P83615)
45 Ottawa Ave SW, Suite 1100
Grand Rapids, MI 49503
(616) 831-1742
traceyc@millerjohnson.com
murphya@millerjohnson.com
rauhbieria@millerjohnson.com