## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **DAN MEAD** and **JENNIFER MEAD**, | Case No. 1:23-cv-01313 |
| *Plaintiffs*, | |
| v. | Honorable Paul L. Maloney<br>Magistrate Judge Ray Kent |
| **ROCKFORD PUBLIC SCHOOL DISTRICT**; **ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION**, | **Plaintiffs' Motion to Set Status Conference** |
| *Defendants.* | |

Dan Mead and Jennifer Mead seek a telephonic status conference to address the pending discovery motions and adjust the pretrial schedule as needed. The Meads have attached deposition excerpts of Erin Cole (Ex. A), Steve Matthews (Ex. B), Adam Burkholder (Ex. C), Heather Slater (Ex. D), Jennifer Mead (Ex. E), and Dan Mead (Ex. F) in support of their motion. A brief in support of the motion is also filed herewith.

Wherefore, the Meads respectfully request that the Court set a status conference to address these issues.

Dated: July 17, 2026

Respectfully submitted,

*/s/ Katherine L. Anderson*

DAVID A. CORTMAN
Georgia Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road N.E.,
    Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
dcortman@ADFlegal.org

JOHN J. BURSCH
Michigan Bar No. P57679
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org

KATHERINE L. ANDERSON
Arizona Bar No. 33104
HENRY FRAMPTON
South Carolina Bar No. 75413
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org
hframpton@ADFlegal.org

NOEL W. STERETT
Illinois Bar No. 6292008
DALTON A. NICHOLS
Indiana Bar No. 37499-71
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
nsterett@ADFlegal.org
dnichols@ADFlegal.org

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

*/s/ Katherine L. Anderson*
KATHERINE L. ANDERSON
Arizona Bar No. 33104
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiffs*

3