UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN MEAD, et al.,

Plaintiffs,

Case No. 1:23−cv−01313−PLM−RSK

v.

Hon. Paul L. Maloney

ROCKFORD PUBLIC SCHOOL DISTRICT, et al.,

Defendants.
_______________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | September 9, 2026 02:30 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

RAY KENT
U.S. Magistrate Judge

Dated: August 13, 2026

By: /s/ Brenda Glass
Paralegal