UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | | | |
|---|---|---|---|
| **Case No:** 1:23-cv-01313-PLM-RSK | | | |
| **Caption:** Mead, et al. v. Rockford Public School District, et al. | | | |
| **Date:**<br>September 9, 2026 | **Time:**<br>2:28 – 2:33 p.m.<br>3:48 – 4:23 p.m. | **Place:**<br>Grand Rapids | **Magistrate Judge:**<br>Hon. Ray Kent |

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFFS:** | Katherine Anderson *(appeared by video),* Dalton Nichols, Noel Sterett | Dan Mead, Jennifer Mead |
| **DEFENDANTS:** | Amanda Rauh-Bieri, Amy Murphy | Rockford Public School District, Rockford Public Schools' Board of Education |

## PROCEEDINGS

**NATURE OF HEARING:**

**Status Conference held; parties provided arguments on Motion to Compel (ECF No. 72) and Motion to Quash (ECF No. 87).**

**Order to Issue.**

Proceedings Digitally Recorded

Deputy Clerk: K. Belanger