UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN MEAD and
JENNIFER MEAD,

Plaintiffs,

Case No. 1:23-cv-1313

v.

Hon. Paul L. Maloney

ROCKFORD PUBLIC SCHOOL DISTRICT and
ROCKFORD PUBLIC SCHOOLS' BOARD OF
EDUCATION,

Defendants.

_____________________________/

**ORDER**

Before the Court are three motions referred to the undersigned for decision: Defendants' Motion to Compel Discovery (ECF No. 72), Plaintiffs' Motion to Quash Deposition Subpoena (ECF No. 87) and Plaintiffs' Motion to Set Status Conference (ECF No. 106).

On September 9, 2026, the parties appear before this Court for a status conference. At the conference, the Court directed the parties to meet and confer regarding their pending discovery disputes during which the parties resolved all discovery issues except the Motion to Quash Depositions Subpoena. The Court subsequently heard oral arguments on the remaining motion. For the reasons stated on the record, the Court orders as follows:

**IT IS ORDERED** that defendants' motion to compel is **GRANTED**. The plaintiffs shall produce the discovery they agree to during the meet and confer session.

**IT IS ORDERED** that Plaintiffs' Motion to Quash Deposition subpoena is **DENIED in part**. The deposition of G.M. shall proceed, subject to the limitations stated by the Court on the record.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Set Status Conference (ECF No. 106) is **DENIED as moot**.

**IT IS SO ORDERED.**

Dated: September 10, 2026

/s/ Ray Kent
RAY KENT
United States Magistrate Judge