**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION**

| | |
|---|---|
| **DAN MEAD** and **JENNIFER MEAD**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ROCKFORD PUBLIC SCHOOL DISTRICT; ROCKFORD PUBLIC SCHOOLS' BOARD OF EDUCATION**,<br><br>*Defendants*. | Case No. 1:23-cv-01313<br><br>Honorable Paul L. Maloney<br><br>Magistrate Judge Ray Kent |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, by and through counsel, hereby stipulate to the dismissal of this action with prejudice and the parties to bear their own costs and attorneys' fees.

Dated: September 24, 2026

*s/ Katherine L. Anderson*

KATHERINE L. ANDERSON
Arizona Bar No. 33104
HENRY FRAMPTON
South Carolina Bar No. 75413
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
kanderson@ADFlegal.org
hframpton@ADFlegal.org

Respectfully submitted,

*s/Amanda L. Rauh-Bieri (w/permission)*

CATHERINE A. TRACEY (P63161)
AMY E. MURPHY (P82369)
AMANDA L. RAUH-BIERI (P83615)
MILLER JOHNSON
45 Ottawa Ave SW, Suite 1100
Grand Rapids, MI 49503
(616) 831-1742
traceyc@millerjohnson.com
murphya@millerjohnson.com
rauhbieria@millerjohnson.com

*Counsel for Defendants*

NOEL W. STERETT
Illinois Bar No. 6292008
DALTON A. NICHOLS
Indiana Bar No. 37499-71
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-4655
nsterett@ADFlegal.org
dnichols@ADFlegal.org

JOHN J. BURSCH
Michigan Bar No. P57679
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org

DAVID A. CORTMAN
Georgia Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road N.E.,
Suite D1100
Lawrenceville, Georgia 30043
(770) 339-0774
dcortman@ADFlegal.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2026, I caused this document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

*s/ Katherine L. Anderson*

KATHERINE L. ANDERSON
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiffs*